# EXHIBIT 1

# EXHIBIT 1

**reviewjournal.com**


PRINT THIS

Powered by ⓒ Clickability

Jun. 23, 2010
Copyright © Las Vegas Review-Journal

# Nevada homeowners could get help from federal funding

By HUBBLE SMITH
LAS VEGAS REVIEW-JOURNAL

Underwater and delinquent Nevada homeowners could see financial relief from the government's so-called "hardest-hit fund" by mid-August, a state housing division official said Wednesday.

The target launch date for nearly $103 million coming to Nevada was delayed by three weeks because contracts with the U.S. Treasury were not in place by June 1 as originally anticipated, said Lon DeWeese, chief financial officer of the Nevada Housing Division.

The Obama administration approved plans Wednesday for housing finance agencies in Nevada, California, Arizona, Florida and Michigan to begin using $1.5 billion in foreclosure prevention funding.

The money will help struggling homeowners by subsidizing mortgages for the unemployed, reducing principal balances on homes with negative equity, settling second liens, and facilitating short sales and deeds in lieu of foreclosure.

Nevada will create a mortgage modification program using a combination of forgiveness and forbearance with the goal of reducing principal to less than 115 percent of loan-to-value and lowering payments to 31 percent of debt-to-income.

The state will offer assistance to reduce or eliminate second liens with earned forgiveness over a three-year period. It will also provide allowances for appraisal and transaction fees, moving expenses, a legal allowance for up to three months, and incentives for borrowers and loan servicers to do short sales.

The federal funds must flow through an eligible nonprofit entity, not a state agency, with "huge oversight" by the U.S. Treasury, DeWeese said.

Nevada Affordable Housing Assistance Corp., created in 2003, will be handling the money here. Homeowners interested in applying for funds can find eligibility requirements and other information at NAHAC.org.

"It's the first time in my career that working with a federal bureaucracy has gone so smoothly," DeWeese said.

Sen. Harry Reid, D-Nev., who announced the funding during a February visit to Las Vegas by President Barack Obama, thanked Housing and Urban Development Secretary Shaun Donovan and Treasury Secretary Timothy Geithner for their help in providing resources for Nevadans.

"Now it's up to banks and credit unions to step up to the plate so that this $100 million will have the maximum benefit for homeowners to reduce principal amounts and provide lien relief," Reid

said in a statement .

Kenny Young, acting assistant city manager who oversees housing programs for North Las Vegas, said city officials don't have a role in awarding the federal funds announced Wednesday.

One shortcoming of the proposal is that none of the programs appears to help the unemployed, who presumably are having more trouble making their next mortgage payment, Young said.

"I hesitate to say it (funding) is going to help everyone because, obviously, that is not going to be the case, but I do see it having some impact on homeowners who the banks are willing to work with," he said. "The problem is that we have unemployed people who are about to lose their home. If you don't have a job, it's hard for them to refinance a loan if there is no revenue stream coming in."

States approved for the first round of funding each experienced a decline in average home prices of 20 percent or greater. Las Vegas home prices dropped more than 50 percent from their peak.

Nevada leads the nation with one foreclosure filing for every 66 households, Irvine, Calif.-based RealtyTrac reported. First American CoreLogic showed some 70 percent of Las Vegas homeowners are underwater, owing more than their home is worth.

Treasury Department reviewed each state's proposals to ensure compliance with the Emergency Economic Stabilization Act, the umbrella program for the hardest-hit funds.

The business plan had to be written within the rules of the act, approved by the nonprofit's board of directors and sent to the Treasury, which reviewed legal issues, eligibility issues, and fraud and abuse issues, DeWeese said.

"This is the end of the application process. Now we move into implementation," he said. "There's going to be a readiness audit of the eligible entity and a test of the system and controls for underwriting before the doors officially open."

Using the funds for mortgage forgiveness and reduction of principal will help provide long-term stability to Las Vegas' housing market, said U.S. Rep. Dina Titus, D-Nev., whose district is home to some of the nation's hardest-hit ZIP codes in the foreclosure crisis.

"It is critical that the state moves swiftly to implement this important plan and put these funds to work," she said in a statement. "With too many families at risk of losing their home, we don't have a moment to lose."

Review-Journal writer Frank Geary contributed to this report. Contact reporter Hubble Smith at hsmith@reviewjournal.com or 702-383-0491.

**Find this article at:**
http://www.lvrj.com/business/nevada-homeowners-could-get-help-from-federal-funding-97004429.html

Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

**Free Republic**
Browse · Search

**News/Activism**
Topics · Post Article

Skip to comments.

# Nevada homeowners could get help from federal funding [Reid campaigns with your bucks]

Las Vegas Review-Journal ^ | 6/23/2010 | HUBBLE SMITH

Posted on **Thursday, June 24, 2010 11:12:06 AM** by **bruinbirdman**

Underwater and delinquent Nevada homeowners could see financial relief from the government's so-called "hardest-hit fund" by mid-August, a state housing division official said Wednesday.

The target launch date for nearly $103 million coming to Nevada was delayed by three weeks because contracts with the U.S. Treasury were not in place by June 1 as originally anticipated, said Lon DeWeese, chief financial officer of the Nevada Housing Division.

The Obama administration approved plans Wednesday for housing finance agencies in Nevada, California, Arizona, Florida and Michigan to begin using $1.5 billion in foreclosure prevention funding.

The money will help struggling homeowners by subsidizing mortgages for the unemployed, **reducing principal** balances on homes with negative equity, **settling second liens**, and facilitating short sales and **deeds in lieu of foreclosure**.

Nevada will create a mortgage modification program using a combination of **forgiveness** and forbearance with the goal of **reducing principal** to less than 115 percent of loan-to-value and lowering payments to 31 percent of debt-to-income.

The state will offer assistance to reduce or **eliminate second liens** with earned forgiveness over a three-year period. It will also provide allowances for appraisal and transaction fees, moving expenses, a legal allowance for up to three months, and incentives for borrowers and loan servicers to do short sales.

The federal funds must flow through an eligible nonprofit entity, not a state agency, with "huge oversight" by the U.S. Treasury, DeWeese said.

Nevada Affordable Housing Assistance Corp., created in 2003, will be handling the money here. Homeowners interested in applying for funds can find eligibility requirements and other information at NAHAC.org.

"It's the first time in my career that **working with a federal bureaucracy has gone so smoothly**," DeWeese said.

Sen. Harry Reid, D-Nev., who announced the funding during a February visit to Las Vegas by President Barack Obama, thanked Housing and Urban Development Secretary Shaun Donovan and Treasury Secretary Timothy Geithner for their help in providing resources for Nevadans.

"Now it's up to banks and credit unions to step up to the plate so that this $100 million will have the maximum benefit for homeowners to reduce principal amounts and provide lien relief," Reid said in a statement .

Kenny Young, acting assistant city manager who oversees housing programs for North Las Vegas, said city officials don't have a role in awarding the federal funds announced Wednesday.

One shortcoming of the proposal is that none of the programs appears to help the unemployed, who presumably are having more trouble making their next mortgage payment, Young said.

"I hesitate to say it (funding) is going to help everyone because, obviously, that is not going to be the case, but I do see it having some impact on homeowners who the banks are willing to work with," he said. "The problem is that we have unemployed people who are about to lose their home. If you don't have a job, it's hard for them to refinance a loan if there is no revenue stream coming in."

States approved for the first round of funding each experienced a decline in average home prices of 20 percent or greater. Las Vegas home prices dropped more than 50 percent from their peak.

Nevada leads the nation with one foreclosure filing for every 66 households, Irvine, Calif.-based RealtyTrac reported. First American CoreLogic showed some 70 percent of Las Vegas homeowners are underwater, owing more than their home is worth.

Treasury Department reviewed each state's proposals to ensure compliance with the Emergency Economic Stabilization Act, the umbrella program for the hardest-hit funds.

The business plan had to be written within the rules of the act, approved by the nonprofit's board of directors and sent to the Treasury, which reviewed legal issues, eligibility issues, and fraud and abuse issues, DeWeese said.

"This is the end of the application process. Now we move into implementation," he said. "There's going to be a readiness audit of the eligible entity and a test of the system and controls for underwriting before the doors officially open."

Using the funds for **mortgage forgiveness and reduction of principal** will help provide long-term stability to Las Vegas' housing market, said U.S. Rep. Dina Titus, D-Nev., whose district is home to some of the nation's hardest-hit ZIP codes in the foreclosure crisis.

"It is critical that the state moves swiftly to implement this important plan and put these funds to work," she said in a statement. "With too many families at risk of losing their home, we don't have a moment to lose."

TOPICS: Business/Economy; Crime/Corruption; Government; News/Current Events
KEYWORDS:

1 posted on **Thursday, June 24, 2010 11:12:09 AM** by bruinbirdman
[ Post Reply | Private Reply | View Replies]

To: **bruinbirdman**

If anyone seriously wants campaign reform - **THIS IS WHERE TO START - DENY THE INCUMBANTS FREE ACCESS TO THE US TREASURY.**

2 posted on **Thursday, June 24, 2010 11:17:37 AM** by Cheerio (Barack Hussein 0bama=The Complete Destruction of American Capitalism)
[ Post Reply | Private Reply | To 1 | View Replies]

To: **bruinbirdman**

speaking merely from a "ironic payback" point of view, it'd be absolutely hilarious if that loser reid got this shoved through and still got beat badly in the race.

---

**3** posted on **Thursday, June 24, 2010 11:21:07 AM** by **Recovering_Democrat**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **bruinbirdman**

The number of people whose votes they buy will be far outnumbered by the people that look at their neighbor getting a bailout and get mad.

---

**4** posted on **Thursday, June 24, 2010 11:22:31 AM** by **USNBandit** (sarcasm engaged at all times)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **USNBandit**

I'm with you.

*Using the funds for mortgage forgiveness and reduction of principal will help provide long-term stability to Las Vegas' housing market, said U.S. Rep. Dina Titus, D-Nev., whose district is home to some of the nation's hardest-hit ZIP codes in the foreclosure crisis.*

I'm underwater in a house in Northern Nevada (relocated East for work) but continue to maintain it with no late payments. What I need is for the government to get the hell out of the market and let things sort out rationally. Every dime they throw at a distressed loan delays any potential recovery.

**5** posted on **Thursday, June 24, 2010 12:18:50 PM** by **Mr. Bird**
[ **Post Reply** | **Private Reply** | **To 4** | **View Replies**]

To: **bruinbirdman**

The taxpayers trillion dollar slush fund put to use by candidate-in-trouble Harry Reid. What a SURPRISE, huh??!!

---

**6** posted on **Thursday, June 24, 2010 12:26:03 PM** by **Oldpuppymax**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **Mr. Bird**

I bought a house in Sparks in 2002 for 220K. Had I sold at the top of the market in late 2006 I could have gotten about 390. I put it on the market in late 2007 for 339. Six months later, after dropping the price I sold for 312. I know Zillow isn't very accurate, but that house is valued on their site now at 220.

I feel the reason my house sold was that since I wasn't upside down I was willing to drop my price chasing the falling market.

I'm living in NW Washington near the Canadian Border now.

7 posted on **Thursday, June 24, 2010 1:15:36 PM** by USNBandit (sarcasm engaged at all times)
[ **Post Reply** | **Private Reply** | **To 5** | **View Replies**]

**Disclaimer:** Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

**Free Republic**                                                                                      News/Activism
Browse · Search                                                                            Topics · Post Article

**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson

# EXHIBIT 3

# EXHIBIT 3

**Free Republic**
Browse · Search

News/Activism
Topics · Post Article

Skip to comments.

## SENATE POLL: Lowden leads Republican pack (would beat Reid) [even/w fake "Tea Party" candidate]

LAS VEGAS REVIEW-JOURNAL ^ | April 11, 2010 | LAURA MYERS

Posted on **Sunday, April 11, 2010 11:51:57 AM** by **Free ThinkerNY**

Sue Lowden has established herself as the far-ahead GOP front-runner in Nevada's U.S. Senate race and the Republican most likely to beat Sen. Harry Reid, even with a Tea Party candidate on the Nov. 2 general election ballot, according to a new poll commissioned by the Las Vegas Review-Journal.

Six weeks before early primary voting starts, Lowden's closest GOP rival, Danny Tarkanian, has failed to catch fire with Republican voters in the past few months, the survey found. Meantime, Sharron Angle lost some conservative support, putting her out of the running along with two other long-shot contenders, investment banker John Chachas and Las Vegas Assemblyman Chad Christensen.

As for Reid, the poll shows the Democratic incumbent's popularity dipping to a new all-time low with 56 percent of registered Nevada voters saying they have an unfavorable opinion of the senator, while about four in 10 people say they would vote for him on Election Day -- not enough to win.

"Reid is hoping third party candidates, particularly this Tea Party guy, will draw enough votes that he can win, but I don't see that happening," said Brad Coker of Mason-Dixon Polling & Research, which conducted the survey.

"Everybody knows who Reid is, and voters don't have a good opinion of him."

*(Excerpt) Read more at lvrj.com ...*

**TOPICS:** News/Current Events; US: Nevada
**KEYWORDS:** 2010midterms; gopprimary; lowden; nv2010; reid

**1** posted on **Sunday, April 11, 2010 11:51:57 AM** by **Free ThinkerNY**
[ **Post Reply** | **Private Reply** | **View Replies**]

To: **Free ThinkerNY**

This year, all Republican candidates should take a pledge to support whomever wins the primary.

**2** posted on **Sunday, April 11, 2010 12:00:07 PM** by **clintonh8r** (I always look for the union label. So I know what NOT to buy.)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **Free ThinkerNY**

Case 2:10-cv-01194-LDG-RJJ Document 1-1 Filed 07/13/10 Page 12 of 22

...........3 Nov 2010 is so far ahead I am marking my calendar for that Wed(s)................

**3** posted on **Sunday, April 11, 2010 12:00:28 PM** by **GitmoSailor** (AZ Cold War Veteran)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **Free ThinkerNY**

No TEA candidate. Leave the word 'party' off.

**4** posted on **Sunday, April 11, 2010 12:16:52 PM** by **TribalPrincess2U** (demonicRATS... taxes, pain and slow death. Is this what you want?)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **Free ThinkerNY**

The Tea Party has no candidates!

**5** posted on **Sunday, April 11, 2010 12:19:14 PM** by **Randy Larsen** ( BTW, If I offend you! Please let me know, I may want to offend you again!(FR #1690))
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **Free ThinkerNY**

Soooo, what would be better, a close race where Lowden breaks Reids heart and squeaks out a victory or a Lowden landslide Reid butt whoopin?

If close I think the Vegas mob would insure Reids re-election.

**6** posted on **Sunday, April 11, 2010 12:20:18 PM** by **Joe Boucher** (Just say NO to RINOs. (FUBO))
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **clintonh8r**

Why?

I mean, yes, we want Republican candidates to win, because even moderate Republicans are usually more useful than Democrats, but why especially this year?

God knows I haven't seen any 3rd-party candidates tempting me away the GOP. There's a few races where I can't stand the GOP candidate (Castle in DE), but I don't know of any 3rd-party candidates in those races. Is this an abstract assertion? Are you trying to make the GOP bosses feel safe in nominating Dede Scozzafavas?

**7** posted on **Sunday, April 11, 2010 12:25:20 PM** by **dangus**
[ **Post Reply** | **Private Reply** | **To 2** | **View Replies**]

To: **dangus**

Because the country can't survive another two years of RAT-controlled congress with a Communist president. Because we need to retain or regain as many state houses as possible. Because we don't need any more post-primary circular firing squads.

Presumably the Scuzzyfuzzies have already been weeded out this time.

8 posted on **Sunday, April 11, 2010 12:35:32 PM** by **clintonh8r** (I always look for the union label. So I know what NOT to buy.)
**[ Post Reply | Private Reply | To 7 | View Replies]**

To: **Free ThinkerNY**

Harry reid is going down hard, on bribery charges to say the least. I have it documented now. (see tagline).

9 posted on **Sunday, April 11, 2010 12:43:33 PM** by **DaxtonBrown** (HARRY: Money Mob & Influence (book on amazon written by me!))
**[ Post Reply | Private Reply | To 1 | View Replies]**

To: **clintonh8r**

I agree. And, those who vote for the Tea Party candidate should be made aware that a vote for the Tea Party in the final election is really a vote for Reid.

10 posted on **Sunday, April 11, 2010 12:47:53 PM** by **nuss**
**[ Post Reply | Private Reply | To 2 | View Replies]**

To: **SunkenCiv; Clintonfatigued; Shellybenoit; bruinbirdman; Arizona Carolyn; Lady GOP; GOP_Lady; ...**

Ping!!!

11 posted on **Sunday, April 11, 2010 12:49:55 PM** by **justiceseeker93**
**[ Post Reply | Private Reply | To 1 | View Replies]**

To: **Las Vegas Ron; clintonh8r; fieldmarshaldj; AuH2ORepublican; Impy; neverdem; LdSentinal; ...**

This is more good news. The GOP needs to be ready for Reid's inevitable smear campaign once the primary is over.

12 posted on **Sunday, April 11, 2010 12:51:58 PM** by **Clintonfatigued** (Liberal sacred cows make great hamburger)
**[ Post Reply | Private Reply | To 1 | View Replies]**

To: **Free ThinkerNY**

*"Reid is hoping third party candidates, particularly this Tea Party guy, will draw enough votes that he can win, but I don't see that happening*

That won't happen now that people are aware of the phony tea party candidate.

13 posted on **Sunday, April 11, 2010 12:55:17 PM** by **Man50D** (Fair Tax, you earn it, you keep it! www.FairTaxNation.com)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Free ThinkerNY**

Be aware of the socialists plan to corrupt the mid term elections and beyond.

Soros Eyes Secretaries

Forget amnesty, look where Democrats now stoop for votes!

14 posted on **Sunday, April 11, 2010 12:58:08 PM** by **Man50D** (Fair Tax, you earn it, you keep it! www.FairTaxNation.com)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Free ThinkerNY**

Good news; hope it stays that way.

15 posted on **Sunday, April 11, 2010 1:30:04 PM** by **cricket** (We cannot allow t he 'man who would be king' to be one!)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Free ThinkerNY**

I actually like Tark much more than her, he is more down-to-earth and, I think, more in tune with conservative Republicans, Lowden has the money and the beauty queen looks, but I have a feeling would be another Collins, Snowe, Hutchinson, Murkowsky Republican and none are solid conservatives IMHO.

16 posted on **Sunday, April 11, 2010 1:31:33 PM** by **Arizona Carolyn**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

---

To: **Man50D**

No question with the 'arrogance' Obama 'moves about'; we know they have 'plans' to derail/deride. . .'fix/make impotent/ if not cancel elections. It is what Marxism is about. Have not yet read Soros plan; and not sure at the moment; I have the 'will' to go there/sigh.

If things not looking good for Obama in 2012; have no doubt; a crisis will unfold and override/stall and cancel our election process. Obama has plenty of history to emulate; there is NO reason to imagine he will not copy the worst of them.

We have to get control of the process before 2010 elections; we must. . .

17 posted on **Sunday, April 11, 2010 1:36:54 PM** by **cricket** (We cannot allow t he 'man who would be king' to be one!)
[ **Post Reply** | **Private Reply** | **To 14** | **View Replies**]

To: Man50D

No question with the 'arrogance' Obama 'moves about'; we know they have 'plans' to derail/deride. . .'fix/make impotent/ if not cancel elections. It is what Marxism is about. Have not yet read Soros plan; and not sure at the moment; I have the 'will' to go there/sigh.

If things not looking good for Obama in 2012; have no doubt; a crisis will unfold and override/stall and cancel our election process. Obama has plenty of history to emulate; there is NO reason to imagine he will not copy the worst of them.

We have to get control of the process before 2010 elections; we must. . .

**18** posted on **Sunday, April 11, 2010 1:37:00 PM** by **cricket** (We cannot allow t he 'man who would be king' to be one!)
[ **Post Reply** | **Private Reply** | **To 14** | **View Replies**]

To: cricket

*Good news; hope it stays that way.*

Thought it was confirming the 'worst' of possibilites! Guess I can read about it now. . .

**19** posted on **Sunday, April 11, 2010 1:38:33 PM** by **cricket** (We cannot allow t he 'man who would be king' to be one!)
[ **Post Reply** | **Private Reply** | **To 15** | **View Replies**]

To: clintonh8r

I fully intend to. I want ALL Marxists, progressives OUT. Alan Grayson is another high one my list of ones that will need to be removed when he come up for reelection. He is CRAZY and the Orlando area is one that should be able to go red.

**20** posted on **Sunday, April 11, 2010 1:42:18 PM** by **mojitojoe** (Â"Our leaders seek to pit us against one another, and torment us relentlessly."Mark Levin)
[ **Post Reply** | **Private Reply** | **To 2** | **View Replies**]

To: justiceseeker93

Thanks for the ping!

**21** posted on **Sunday, April 11, 2010 9:54:05 PM** by **Alamo-Girl**
[ **Post Reply** | **Private Reply** | **To 11** | **View Replies**]

**Disclaimer:** Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

**Free Republic**                                                                                  **News/Activism**
**Browse · Search**                                                                          **Topics · Post Article**

**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson

# EXHIBIT 4

# EXHIBIT 4

Skip to comments.

# EDITORIAL: Don't upset the unions -- or else
Las Vegas Review Journal ^

Posted on **Saturday, April 10, 2010 10:06:18 PM** by **indianrightwinger**

EDITORIAL: Don't upset the unions -- or else

How far will they go to protect turf? Two weeks ago, we described how the town of Flint, Mich., was hit with an arson wave on the day local officials were set to lay off a few dozen firefighters in an effort to close a municipal budget gap.

Flint's angry mayor made it clear he thought the spate of fires was anything but a coincidence.

Later, when city officials sought help from fire departments in surrounding suburbs, many refused to respond.

Then there's the story Friday out of New Jersey. The state faces a multimillion-dollar budget hole, and new Gov. Chris Christie has proposed reductions in salaries for public school teachers and other public-sector workers.

That prompted one teacher union leader to send a memo to his local affiliates. "Dear Lord," the memo read, "this year you have taken away my favorite actor, Patrick Swayze, my favorite actress, Farrah Fawcett, my favorite singer, Michael Jackson, and my favorite salesman, Billy Mays. I just wanted to let you know that Chris Christie is my favorite governor."

Nice.

*(Excerpt) Read more at lvrj.com ...*

**TOPICS:** Government; US: New Jersey
**KEYWORDS:** christie; intimidation; leftists; publicsector; thugs; unions



Click for TeaPartyExpress.org!

Click for Free Republic threads on the Tea Party Express!

**1** posted on **Saturday, April 10, 2010 10:06:19 PM** by **indianrightwinger**
[ **Post Reply** | **Private Reply** | **View Replies**]

To: **indianrightwinger**

Social unrest is beginning to bubble to the top. 2009 was the year that businesses downsized and got their expenses in line with revenues. It was also the year of bailouts for state and local gov'ts. In 2010, the bailouts are smaller. Local gov'ts have to align expenses with dwindling tax revenues — and it will get ugly!

**2** posted on **Saturday, April 10, 2010 10:12:25 PM** by **mlocher** (USA is a sovereign nation)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **indianrightwinger**

Remember when the air traffic controlllers' union tried to strike when Reagan was president? He immediately fired all of them. We didn't have any air traffic controllers, how do you get by without air traffic controllers? And yet he did it anyway and made it stick.

Broke the union. You just have to have the will to do it. Reagan did.

**3** posted on **Saturday, April 10, 2010 10:12:36 PM** by **marron**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

EDITORIAL: Don't upset the unions—or else
Case 2:10-cv-01194-LDG-RJJ Document 1-1 Filed 07/19/10 Page 19 of 22
Page 3 of 6

To: **marron**

Fewer than 50% quit (they agreed with Reagan) and the military supplied the rest of the ATCs.

**4** posted on **Saturday, April 10, 2010 10:16:15 PM** by **buccaneer81** (ECOMCON)
[ **Post Reply** | **Private Reply** | **To 3** | **View Replies**]

To: **buccaneer81**

The mayor should tell them to answer the calls or the layoffs will be permanent.

**5** posted on **Saturday, April 10, 2010 10:18:08 PM** by **marron**
[ **Post Reply** | **Private Reply** | **To 4** | **View Replies**]

To: **buccaneer81**

*Fewer than 50% quit (they agreed with Reagan) and the military supplied the rest of the ATCs.*

Thanks for the memory check. I remember them having to put supervisors on the board, and bring in military controllers, and there for a while they were recruiting like crazy for trainee controllers. I didn't remember that may of the union guys stayed on the job, but it makes sense.

There are a lot of union guys who don't like unions, they tolerate them because there's no choice.

**6** posted on **Saturday, April 10, 2010 10:22:12 PM** by **marron**
[ **Post Reply** | **Private Reply** | **To 4** | **View Replies**]

To: **musicman**

BFLR & BTTT !!

**7** posted on **Saturday, April 10, 2010 10:24:16 PM** by **musicman** (Until I see the REAL Long Form Vault BC, he's just "PRES__ENT" Obama = Without "ID")
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **marron**

I'd bet that if the Flint, MI Mayor and city council had the will, they could do the same as RR did. There must be plenty of retired fire fighters who would like a temporary job, and plenty of qualified people from all over the USA who would hitch hike to Flint just for a real job. But this IS the same town that brought us Michael Moore. And they are lacking any proof. But isn't it a crime for gov't employees NOT to respond in cases like this?

One thing for certain, the unions are not building up good will among the army of formerly employed, proud citizens who would take a job pumping gas if they could get it.

**8** posted on **Saturday, April 10, 2010 10:26:03 PM** by **ARepublicanForAllReasons** (President Zero, walking in the footsteps of Hugo Chavez)
[ **Post Reply** | **Private Reply** | **To 3** | **View Replies**]

To: **indianrightwinger**

I worked as a manager at PacBell on strike duty through two strikes. The unions engaged in vandalism and the company never made any attempt to prosecute them or seek compensation for the damage. That pissed me off royally. That should have been cause for termination and criminal prosecution. Tolerating it just makes the union thugs bolder the next time.

**9** posted on **Saturday, April 10, 2010 10:27:23 PM by Myrddin**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **mlocher**

Let the Marxists display their malice.

**10** posted on **Saturday, April 10, 2010 10:28:43 PM** by **unspun** (PRAY & WORK FOR FREEDOM - investigatingobama.blogspot.com)
[ **Post Reply** | **Private Reply** | **To 2** | **View Replies**]

To: **Myrddin**

Back in Vancouver BC where I'm originally from, the unions are entrenched deeply in city and provincial govts. Everything from the liquor store, which is under the provl gov to the idiot who slings the rope to dock the ferries.

**11** posted on **Saturday, April 10, 2010 10:41:59 PM by max americana**
[ **Post Reply** | **Private Reply** | **To 9** | **View Replies**]

To: **Myrddin**

I worked as a manager at PacBell on strike duty through two strikes. The unions engaged in vandalism and the company never made any attempt to prosecute them or seek compensation for the damage. That pissed me off royally. That should have been cause for termination and criminal prosecution. Tolerating it just makes the union thugs bolder the next time. ""

Absolutely right.

**12** posted on **Saturday, April 10, 2010 11:07:11 PM** by **DontTreadOnMe2009** (So stop treading on me already!)
[ **Post Reply** | **Private Reply** | **To 9** | **View Replies**]

To: **indianrightwinger**

In CT, the education unions are wrecking the state. In New Haven, there are up to 36 "administrators" who are retired principals. they perform absolutely no job, yet "double-dip", unlawfully receiving both a pension for their old job and a $100,000+ salary for their new "job". But of course NO ONE will say a word about it. And of course 20% of the Porkulus was to make sure no teachers would be fired in Blue districts, regardless of how much they suck. And let's face it, at least 40% of union teachers are incompetent. the massive money drain from unions is staggering, and government unions are just now hitting their stride. We are headed for deep European-style union hell.

EDITORIAL: Don't upset the unions—or else
Case 2:10-cv-01194-LDG-RJJ Document 1-1 Filed 07/19/10 Page 21 of 22
Page 5 of 6

**13** posted on **Saturday, April 10, 2010 11:46:29 PM** by **montag813**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **All**

# *"We will unionize your workforce, or we will destroy your reputation."* **Andrew Stern, SEIU President**

Scum. Scum. Scum. This is what Andy Stern said to The Beth Israel Deaconess Medical Center during the campaign to unionize them, which they buckled to. These SEIU are scum, Stern is the scummiest of them all, and he is in Obama's pocket (or more accurately, Obama is in his pocket)

**14** posted on **Sunday, April 11, 2010 12:37:45 AM** by **rlmorel** (We are traveling "The Road to Serfdom".)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **rlmorel**

I sincerly hope that one day andy stern meets jimmy hoffa.

**15** posted on **Sunday, April 11, 2010 3:41:27 AM** by **KIDFOH**
[ **Post Reply** | **Private Reply** | **To 14** | **View Replies**]

To: **indianrightwinger**

On my last job, I was an exempt employee who assisted the Union workers with "knowledge" of the systems they used to do their work. It got to the point that I just sat in my office and waited for them to call on me for assistance.

They were poisonous toward each other and lots of infighting. But as soon as there was an opportunity to grieve management. Total solidarity. It became a miserable environment to work in. Thank goodness I left and on my own terms at that!

**16** posted on **Sunday, April 11, 2010 4:02:52 AM** by **The Working Man**
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **KIDFOH**

"I sincerly hope that one day andy stern meets jimmy hoffa."

In Belleville Lake, "One of Michigans finest all sports lakes"

**17** posted on **Sunday, April 11, 2010 6:05:19 AM** by **DeadFurrow** (Your rights end where mine begins.)
[ **Post Reply** | **Private Reply** | **To 15** | **View Replies**]

To: **indianrightwinger**

I used to work at a hospital where many are SEIU (not me). I will never forget the one strike we endured. My faithul employees who were friendly and nice to work with changed to a cold mob who saw mgmt as the enemy. It changed the way I felt about them for good, since they could be brainwashed and used by the SEIU as puppets.

**18** posted on **Sunday, April 11, 2010 6:39:06 AM** by **Moonmad27** (That government is best which governs least. - Henry Thoreau)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

To: **indianrightwinger**

bump

**19** posted on **Sunday, April 11, 2010 10:56:31 PM** by **dcwusmc** (We need to make government so small that it can be drowned in a bathtub. III OK)
[ **Post Reply** | **Private Reply** | **To 1** | **View Replies**]

**Disclaimer:** Opinions posted on Free Republic are those of the individual posters and do not necessarily represent the opinion of Free Republic or its management. All materials posted herein are protected by copyright law and the exemption for fair use of copyrighted works.

| **Free Republic** | **News/Activism** |
|---|---|
| Browse · Search | Topics · Post Article |

**FreeRepublic**, LLC, PO BOX 9771, FRESNO, CA 93794
FreeRepublic.com is powered by software copyright 2000-2008 John Robinson