STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>FREE REPUBLIC, LLC, a California limited liability company; JAMES C. ROBINSON, an individual; and JOHN ROBINSON, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01194-LDG-RJJ<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed.R.Civ.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;

2. SI Content Monitor LLC, an Arkansas limited-liability company;

3. Net Sortie Systems, LLC, a Nevada limited-liability company.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this twenty-third day of July, 2010.

RIGHTHAVEN LLC

By: /s/ J. Charles Coons

STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH CHU, ESQ.
Nevada Bar. No. 11082
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff
