J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel for Righthaven LLC*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney for Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>FREE REPUBLIC, LLC, a California limited liability company; JAMES C. ROBINSON, an individual; and JOHN ROBINSON, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01194-LDG-RJJ<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Righthaven LLC ("Righthaven"), by and through their counsel J. Charles Coons of Righthaven, and Free Republic, LLC ("Free Republic"), James C. Robinson, and John Robinson (Free Republic, James C. Robinson, and John Robinson collectively known herein as the "Defendants"), by and through their counsel, Bruce W. Kelley of the law firm McCormick Barstow LLP, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against the Defendants, with prejudice, in the above-captioned matter, with each side to bear their own costs and attorneys' fees, six months from the date of the filing of this stipulation.

1  On or about October 15th, 2010, Righthaven, the Defendants, Chris Robinson, Amy
2  Defendis and Leonard Defindis entered into a settlement agreement (the "Agreement"), whereby
3  the Defendants, Chris Robinson, Amy Defendis and Leonard Defindis shall be released from all
4  claims of copyright infringement in the above-entitled matter, upon full compliance with the
5  terms of the Agreement. However, the Parties require six months from the filing of this
6  stipulation to fully comply with the terms of the Agreement.
7  Therefore, Righthaven and the Defendants request this Court enter an Order dismissing
8  the above-captioned matter six months after the filing of this stipulation to allow the parties
9  adequate time to fully comply with the terms of the Agreement.
10  Dated this 15th day of October, 2010.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Dated this 20 day of Oct, 2010.

Submitted by:

RIGHTHAVEN LLC

/s/ J. Charles Coons
J. Charles Coons, Esq.
9660 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorney for Plaintiff

MCCORMICK BARSTOW LLP

_____
Bruce W. Kelley, Esq.
8337 W. Sunset Road, Suite 350
Las Vegas, NV 89113101
Attorney for Defendants

2